IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02350-WYD-BNB

JOHANNA BYRER,

Plaintiff,

v.

VALENTINE & KEBARTAS, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    **Plaintiff's Motion for Leave to File First Amended Complaint** [Doc. # 11, filed 11/15/2012] is GRANTED; and

      (2)    The Clerk of the Court is directed to accept for filing Plaintiff's First Amended Complaint [Doc. # 11-2].


DATED:  November 16, 2012