IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02350-WYD-BNB

JOHANNA BYRER,

    Plaintiff,

v.

VALENTINE & KEBARTAS, INC.;
CHERYL VALENTINE; and,
ROBERT KEBARTAS,

    Defendants.

**ORDER**

    THIS MATTER is before the Court on plaintiff, Johanna Byrer's, Notice of Voluntary Dismissal With Prejudice Pursuant to Settlement [ECF No. 28], filed on January 30, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed with prejudice.  Accordingly, it is

    ORDERED that the above captioned case is **DISMISSED WITH PREJUDICE**.

    Dated: February 1, 2013.

                                BY THE COURT:

                                /s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior U.S. District Judge